# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| **Christopher R. Strickler AKA C. Robert Strickler** | : | Case No.: 19-14695 |
| | : | Chapter 13 |
| | : | Judge Ashely M. Chan |
| **Debtor(s).** | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for JPMorgan Chase Bank, N.A., its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

                                                                  Respectfully submitted,

                                                                  /s/ Karina Velter
                                                             Karina Velter, Esquire (94781)
                                                             Adam B. Hall (323867)
                                                             Sarah E. Barngrover (323972)
                                                             Manley Deas Kochalski LLC
                                                             P.O. Box 165028
                                                             Columbus, OH  43216-5028
                                                             Telephone: 614-220-5611
                                                             Fax: 614-627-8181
                                                             Attorneys for Creditor
                                                             The case attorney for this file is Karina Velter.
                                                             Contact email is kvelter@manleydeas.com

19-029370_PS

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Christopher R. Strickler AKA C. Robert Strickler** | : | Case No.: 19-14695 |
| | : | Chapter 13 |
| | : | Judge Ashely M. Chan |
| **Debtor(s).** | : | * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Appearance and Request for Notices was served on the parties listed below via e-mail notification:

United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107

Scott Waterman, Chapter 13 Trustee, Chapter 13 Trustee, 2901 St. Lawrence Ave., Reading, PA  19606

David S. Gellert, Attorney for Christopher R. Strickler AKA C. Robert Strickler, 1244 W. Hamilton Street, Suite 204, Allentown, PA  18102, dsgatn@rcn.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on August  13 , 2019:

Christopher R. Strickler AKA C. Robert Strickler, 1018 Shilo Street, Reading, PA  19605

DATE:  August 13, 2019

/s/ Karina Velter

Karina Velter, Esquire (94781)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

19-029370_PS