United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Christopher R. Strickler
        Debtor

Case No. 19-14695-amc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Keith            Page 1 of 2              Date Rcvd: Aug 14, 2019
                             Form ID: 309I           Total Noticed: 42


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 16, 2019.
```
db             +Christopher R. Strickler,   1018 Shilo Street,   Reading, PA 19605-3283
tr             +SCOTT F. WATERMAN (Chapter 13),   Chapter 13 Trustee,   2901 St. Lawrence Ave.,   Suite 100,
                Reading, PA 19606-2265
smg            +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
                Allentown, PA 18101-1603
smg             City Treasurer,   Eighth and Washington Streets,   Reading, PA  19601
smg            +Dun & Bradstreet, INC,   3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg            +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
ust            +United States Trustee,   Office of the U.S. Trustee,   200 Chestnut Street,   Suite 502,
                Philadelphia, PA 19106-2908
14363912       +Best Buy Credit Services,   P. O. Box 790441,   Saint Louis, MO 63179-0441
14363915       +Credit Acceptance Corp.,   25505 W. 12 Mile Road,   Suite 3000,   Southfield, MI 48034-8331
14363917       +ExxonMobil,   P. O. Box 6404,   Sioux Falls, SD 57117-6404
14363918       +Home Depot Credit Services,   P. O. Box 790328,   Saint Louis, MO 63179-0328
14363920        Land Rover Financial Group,   P. O. Box 901076,   Fort Worth, TX 76101-2076
14363923        Nationwide Credit, Inc.,   P. O. Box 14581,   Des Moines, IA 50306-3581
14363924       +Radius Global Solutions LLC,   P. O. Box 390905,   Mail Code CBK2,   Minneapolis, MN 55439-0905
14363925       +Raymour & Flanigan Furniture,   P. O. Box 731,   Mahwah, NJ 07430-0731
14363926        Reading Hospital/Tower Health,   P. O. Box 16051,   Reading, PA 19612-6051
14363927        Respiratory Specialists,   520 E. 22nd St.,   Lombard, IL 60148-6110
14363929        Sunoco Inc.,   P. O. Box 6407,   Sioux Falls, SD 57117-6407
14371857       +Toyota Lease Trust,   c/o Toyota Motor Credit Corporation,   PO Box 9013,
                Addison, Texas 75001-9013
14363931        Wawa Credit Card,   P. O. Box 6139,   Sioux Falls, SD 57117-6139

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: dsgrdg@ptdprolog.net Aug 15 2019 02:50:51     DAVID S. GELLERT,
                David S. Gellert PC,   3506 Perkiomen Avenue,   Reading, PA  19606
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 15 2019 02:51:17
                Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 15 2019 02:51:26     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14363908        EDI: AMEREXPR.COM Aug 15 2019 06:53:00     American Express,   P. O. Box 981535,
                El Paso, TX 79998-1535
14363909        EDI: BANKAMER.COM Aug 15 2019 06:53:00     Bank of America,   P. O.Box 982234,
                El Paso, TX 79998-2234
14363910        EDI: TSYS2.COM Aug 15 2019 06:53:00     Barclaycard,   Card Services,   P. O. Box 8802,
                Wilmington, DE 19899-8802
14363911        EDI: TSYS2.COM Aug 15 2019 06:53:00     Barclays Bank Delaware,   125 S. West St.,
                Wilmington, DE 19801-5014
14363913        EDI: CAPITALONE.COM Aug 15 2019 06:53:00     Capital One,   P. O. Box 30285,
                Salt Lake City, UT 84130-0285
14368696       +EDI: AIS.COM Aug 15 2019 06:53:00     Capital One Bank (USA), N.A.,   4515 N Santa Fe Ave,
                Oklahoma City, OK 73118-7901
14363914        EDI: WFNNB.COM Aug 15 2019 06:53:00     Comenity Bank - Express,   Bankruptcy Dept.,
                P. O. Box 182125,   Columbus, OH 43218-2125
14363916       +E-mail/Text: dsgrdg@ptdprolog.net Aug 15 2019 02:51:04     David S. Gellert, Esquire,
                David S. Gellert, P.C.,   3506 Perkiomen Ave.,   Reading, PA 19606-2711
14363919        EDI: IRS.COM Aug 15 2019 06:53:00     Internal Revenue Service,   P. O. Box 7346,
                Philadelphia, PA 19101-7346
14371715        EDI: RESURGENT.COM Aug 15 2019 06:53:00     LVNV Funding, LLC,   Resurgent Capital Services,
                PO Box 10587,   Greenville, SC 29603-0587
14363922        EDI: RMSC.COM Aug 15 2019 06:53:00     Lowe's,   Synchrony Bank,   P. O. Box 965060,
                Orlando, FL 32896-5060
14370540        EDI: Q3G.COM Aug 15 2019 06:53:00     Quantum3 Group LLC as agent for,
                Credit Corp Solutions Inc,   PO Box 788,   Kirkland, WA  98083-0788
14363928        EDI: RMSC.COM Aug 15 2019 06:53:00     Sam's Club,   Synchrony Bank,   P. O. Box 965060,
                Orlando, FL 32896-5060
14364984       +EDI: RMSC.COM Aug 15 2019 06:53:00     Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                PO Box 41021,   Norfolk, VA 23541-1021
14363930        EDI: RMSC.COM Aug 15 2019 06:53:00     Synchrony Bank/Score Rewards,   P. O. Box 965005,
                Orlando, FL 32896-5005
14363921        EDI: TFSR.COM Aug 15 2019 06:53:00     Lexus Financial Services,   P. O. Box 8026,
                Cedar Rapids, IA 52409-8026
14363932        EDI: WFFC.COM Aug 15 2019 06:53:00     Wells Fargo Bank, N.A.,   P. O. Box 522,
                Des Moines, IA 50306-0522
14363933       +EDI: WFFC.COM Aug 15 2019 06:53:00     Wells Fargo Home Mortgage,   P. O. Box 10335,
                Des Moines, IA 50306-0335
                                                                                            TOTAL: 21
```

```
District/off: 0313-4          User: Keith           Page 2 of 2              Date Rcvd: Aug 14, 2019
                              Form ID: 309I          Total Noticed: 42
```

```
                ***** BYPASSED RECIPIENTS (continued) *****

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +SCOTT F. WATERMAN (Chapter 13),   Chapter 13 Trustee,   2901 St. Lawrence Ave.,   Suite 100,
                Reading, PA 19606-2265
                                                                        TOTALS: 0, * 1, ## 0
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 14, 2019 at the address(es) listed below:
        DAVID S. GELLERT   on behalf of Debtor Christopher R. Strickler dsgrdg@ptdprolog.net
        KARINA  VELTER   on behalf of Creditor   JPMORGAN CHASE BANK, N.A. amps@manleydeas.com
        KEVIN G. MCDONALD   on behalf of Creditor   Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com
        SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com,  ecf_frpa@trustee13.com
        SCOTT F. WATERMAN (Chapter 13)   on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
         ECFMail@ReadingCh13.com,  ecf_frpa@trustee13.com
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                              TOTAL: 6
```

| Information to identify the case: | | | | |
|---|---|---|---|---|
| Debtor 1 | **Christopher R. Strickler** | | Social Security number or ITIN | **xxx–xx–1300** |
| | First Name   Middle Name   Last Name | | EIN   _ _–_ _ _ _ _ _ _ | |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | | Social Security number or ITIN   _ _ _ _ | |
| | | | EIN   _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court   **Eastern District of Pennsylvania** | | | | |
| Case number:   **19–14695–amc** | | | Date case filed for chapter  **13   7/29/19** | |

## Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

**\*\*Debtor's Photo ID &Social Security Card Must Be Presented at 341 Hearing\*\***                              **12/17**

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Christopher R. Strickler | |
| 2. | **All other names used in the last 8 years** | aka C. Robert Strickler | |
| 3. | **Address** | 1018 Shilo Street Reading, PA 19605 | |
| 4. | **Debtor's attorney** Name and address | DAVID S. GELLERT David S. Gellert PC 3506 Perkiomen Avenue Reading, PA 19606 | Contact phone (610) 779–8000 Email:  dsgrdg@ptdprolog.net |
| 5. | **Bankruptcy trustee** Name and address | SCOTT F. WATERMAN (Chapter 13) Chapter 13 Trustee 2901 St. Lawrence Ave. Suite 100 Reading, PA 19606 | Contact phone (610) 779–1313 Email:  ECFMail@ReadingCh13.com |
| 6. | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at  www.pacer.gov. | 400 Washington Street Suite 300 Reading, PA 19601 | Hours open: Philadelphia Office –– 8:30 A.M. to 5:00 P.M Reading Office –– 8:00 A.M. to 4:30 P.M. Contact phone (610)2085040 Date: 8/14/19 |

**For more information, see page 2**

Debtor  **Christopher R. Strickler**                                                                                      Case number **19–14695–amc**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 10, 2019 at 02:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**2901 St. Lawrence Ave, Reading, PA 19606** |
| **8.  Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br><br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 11/9/19** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 10/7/19** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 1/25/20** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:**    30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of $400.00 per month for 60 months. The plan is enclosed. The hearing on confirmation will be held on:<br>**10/17/19** at **10:00 AM** , Location: **Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |