# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Christopher R Strickler aka C. Robert Strickler<br>Debtor(s)<br><br>Toyota Lease Trust, its successors and/or assigns<br>Movant<br>vs.<br><br>Christopher R Strickler aka C. Robert Strickler<br>Debtor(s)<br><br>Scott Waterman<br>Trustee | CHAPTER 13<br><br><br><br><br><br>NO. 19-14695 AMC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of Toyota Lease Trust, which was filed with the Court on or about **August 22, 2019 : Docket #17**.

                                                            Respectfully submitted,

                                                            **/s/ Rebecca A. Solarz, Esquire**
                                                            Rebecca A. Solarz Esquire
                                                            KML Law Group, P.C.
                                                            BNY Mellon Independence Center
                                                            701 Market Street, Suite 5000
                                                           Philadelphia, PA  19106
                                                           412-430-3594

August 29, 2019