IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Christopher R Strickler aka C. Robert Strickler<br>Debtor(s) | CHAPTER 13 |
| Toyota Lease Trust<br>    Secured Creditor<br>vs. | NO. 19-14695 AMC |
| Christopher R Strickler aka C. Robert Strickler<br>Debtor(s) | |
| Scott Waterman<br>    Trustee | 11 U.S.C. Section 362 |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The Secured Property is a 2017 Lexus IS300, VIN: JTHCM1D26H5018003.

2. Debtor has surrendered the Secured Property to Secured Creditor on July 24, 2019.

3. Debtor stipulates and agrees that, upon the Court's approval of this Stipulation, Movant shall be granted relief from the automatic stay to take possession and sell, lease, and otherwise dispose of the Secured Property in a commercially reasonable manner.

4. The parties agree that a facsimile signature shall be considered an original signature.

Date: September 11, 2019

/s/ Rebecca A. Solarz, Esq.
Rebecca A. Solarz, Esq.
Attorney for Movant

Date: 9/17/19

David S Gellert
Attorney for Debtor(s)

Date: 9/19/19

Scott Waterman
Chapter 13 Trustee

Approved by the Court this _____ day of _____, 2019. However, the court retains discretion regarding entry of any further order.

_____
Bankruptcy Judge
Ashely M. Chan