United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Christopher R. Strickler  
    Debtor

Case No. 19-14695-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Randi     Page 1 of 1     Date Rcvd: Oct 01, 2019  
                    Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2019.  
db           +Christopher R. Strickler,    1018 Shilo Street,    Reading, PA 19605-3283

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                       TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2019 at the address(es) listed below:  
         DAVID S. GELLERT    on behalf of Debtor Christopher R. Strickler dsgrdg@ptdprolog.net  
         KARINA   VELTER    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. amps@manleydeas.com  
         KEVIN G. MCDONALD    on behalf of Creditor    Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com  
         SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com  
         SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)  
         ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                     TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Christopher R Strickler aka C. Robert Strickler<br>Debtor(s) | CHAPTER 13 |
| Toyota Lease Trust<br>    Secured Creditor<br>    vs. | NO. 19-14695 AMC |
| Christopher R Strickler aka C. Robert Strickler<br>Debtor(s) | |
| Scott Waterman<br>    Trustee | 11 U.S.C. Section 362 |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The Secured Property is a 2017 Lexus IS300, VIN: JTHCM1D26H5018003.

2. Debtor has surrendered the Secured Property to Secured Creditor on July 24, 2019.

3. Debtor stipulates and agrees that, upon the Court's approval of this Stipulation, Movant shall be granted relief from the automatic stay to take possession and sell, lease, and otherwise dispose of the Secured Property in a commercially reasonable manner.

4. The parties agree that a facsimile signature shall be considered an original signature.

Date:  September 11, 2019

/s/ Rebecca A. Solarz, Esq.
Rebecca A. Solarz, Esq.
Attorney for Movant

Date:  9/17/19

David S Gellert
Attorney for Debtor(s)

Date:  9/19/19

Scott Waterman
Chapter 13 Trustee

Approved by the Court this __1st__ day of __October_____, 2019. However, the court retains discretion regarding entry of any further order.

_____
Bankruptcy Judge
Ashely M. Chan