UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>CHRISTOPHER R. STRICKLER<br><br><br>Debtor | Chapter 13<br>Bankruptcy No.19-14695-AMC |

## CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing

*Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the

above-referenced case has been served this 12th day of December, 2019, by first class mail upon

those listed below:

CHRISTOPHER R. STRICKLER
1018 SHILO STREET
READING, PA  19605

**Electronically via CM/ECF System Only:**

DAVID S GELLERT ESQ
3506 PERKIOMEN AVE
READING, PA  19606

/s/ Deborah A. Earnshaw
Deborah A. Earnshaw
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee