# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :
    CHRISTOPHER R. STRICKLER      :      Bankruptcy No. 19-14695 AMC
                                                    :
    Debtor                        :      Chapter 13

## CERTIFICATION OF NO OBJECTION

AND NOW, this 10th day of February, 2020, David S. Gellert, Esquire, of David S. Gellert, P.C., attorney for the above-captioned Debtor, hereby certifies that no unresolved objection was filed or served on him with respect to the Notice dated January 17, 2020 of the filing of the Application for Compensation and Reimbursement of Expenses.

It is further certified that no other application for administrative expense has been filed.

Dated:  February 10, 2020                       s/   David S. Gellert
                                                             David S. Gellert, Esquire
                                                             David S. Gellert, P.C.
                                                             3506 Perkiomen Avenue
                                                             Reading, PA 19606
                                                             (610) 779-8000
                                                            Fax: (610) 370-1393
                                                            dsgrdg@ptdprolog.net