**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
|    CHRISTOPHER R. STRICKLER | : | Bankruptcy No. 19-14695 AMC |
| | : | |
|    Debtor | : | Chapter 13 |

**ORDER APPROVING COMPENSATION**

**AND NOW**, upon consideration of the Application for Compensation ("the Application") filed by Debtor's counsel (the "Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED**.

2. Compensation is **ALLOWED** in favor of Applicant in the amount of $5,025.75.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. § 1326(b), 11 U.S.C. § 507, 11 U.S.C. § 503(b) and 11 U.S.C. § 330 (a)(4)(B) the allowed compensation set forth in ¶ 2 less $1,310.00 which was paid by the Debtor prepetition to the extent such distribution is authorized under the terms of the confirmed Chapter 13 Plan.

BY THE COURT:

_____
Ashely M. Chan
United States Bankruptcy Judge

Date: February 13, 2020