# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                             :
    CHRISTOPHER R. STRICKLER          :         Bankruptcy No. 19-14695 AMC
                                                                   :
    Debtor                                    :         Chapter 13

## CERTIFICATION OF NO OBJECTION

AND NOW, this 5th day of March, 2020, David S. Gellert, Esquire, of David S. Gellert, P.C.**,** attorney for the above-captioned Debtor, hereby certifies that no unresolved objection was filed or served on him with respect to the Notice dated February 25, 2020 of the filing of the Debtors' Application to Employ Realtor.

Dated:  March 5, 2020                                       s/   David S. Gellert
                                                                                   David S. Gellert, Esquire
                                                                                   David S. Gellert, P.C.
                                                                                    3506 Perkiomen Avenue
                                                                                    Reading, PA 19606
                                                                                    (610) 779-8000
                                                                                    Fax: (610) 370-1393
                                                                                    dsgrdg@ptdprolog.net