# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: :
    CHRISTOPHER R. STRICKLER    :    Bankruptcy No. 19-14695 AMC
                                      :
    Debtor    :    Chapter 13

## ORDER AUTHORIZING APPOINTMENT OF REALTOR

Upon consideration of the Application of the Debtor to employ and appoint Josh Morales of Keller Williams Platinum Realty on the terms stated in the Application, and it appearing that Josh Morales of Keller Williams Platinum Realty is qualified to sell real estate, and the Court being satisfied that Josh Morales of Keller Williams Platinum Realty represents no interest adverse to the Trustee or to the Debtor in the matters upon which it is to be engaged, that its employment is necessary and would be in the best interest of the Debtor and his estate, it is hereby

**ORDERED** that the Debtor is hereby authorized to appoint Josh Morales of Keller Williams Platinum Realty to sell the real estate of the Debtor on the terms stated in the Application.

BY THE COURT:

**Date: March 11, 2020**

_____
Ashely M. Chan
United States Bankruptcy Judge