United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                    Case No. 19-14695-amc
Christopher R. Strickler                                                   Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: ChrissyW          Page 1 of 1          Date Rcvd: Mar 11, 2020
                              Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 13, 2020.
db            +Christopher R. Strickler,    1018 Shilo Street,    Reading, PA 19605-3283
r             +Josh Morales,   711 Spring Street,    Wyomissing, PA 19610-1716

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2020                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 11, 2020 at the address(es) listed below:
          DAVID S. GELLERT    on behalf of Debtor Christopher R. Strickler dsgrdg@ptdprolog.net
          KARINA  VELTER    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. amps@manleydeas.com
          KEVIN G. MCDONALD    on behalf of Creditor    Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
          SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
           ECFMail@ReadingCh13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                      TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                               :
            CHRISTOPHER R. STRICKLER      :            Bankruptcy No. 19-14695 AMC
                                                      :
                        Debtor                       :            Chapter 13

### ORDER AUTHORIZING APPOINTMENT OF REALTOR

Upon consideration of the Application of the Debtor to employ and appoint Josh Morales of Keller Williams Platinum Realty on the terms stated in the Application, and it appearing that Josh Morales of Keller Williams Platinum Realty is qualified to sell real estate, and the Court being satisfied that Josh Morales of Keller Williams Platinum Realty represents no interest adverse to the Trustee or to the Debtor in the matters upon which it is to be engaged, that its employment is necessary and would be in the best interest of the Debtor and his estate, it is hereby

**ORDERED** that the Debtor is hereby authorized to appoint Josh Morales of Keller Williams Platinum Realty to sell the real estate of the Debtor on the terms stated in the Application.

BY THE COURT:

**Date: March 11, 2020**

_____
Ashely M. Chan
United States Bankruptcy Judge