**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                              :
    CHRISTOPHER R. STRICKLER    :    Bankruptcy No. 19-14695 PMM
                                  :
    Debtor                        :    Chapter 13

## ORDER TO SELL REAL ESTATE FREE AND CLEAR
## OF LIENS AND TO DISTRIBUTE PROCEEDS

Upon consideration of the Debtor's Motion for Order to Sell Real Estate Free and Clear of Liens and for Distribution of Proceeds, it is hereby

**ORDERED** that the Debtor, Christopher R. Strickler, shall sell free and clear of liens Real Estate located at 1018 Shiloh Street, Muhlenberg Township, Berks County, Pennsylvania, to Omar Hernandez and Erika Guzman at private sale for the sum of Two Hundred Forty-Four Thousand ($244,000.00) Dollars. It is further

**ORDERED** that Keller Williams Platinum Realty shall be authorized to act as realtor for the Debtor, and it shall be permitted to retain as commission six (6%) percent of the gross sales price and the payment of $395.00 as an additional fee. It is further

**ORDERED** that at settlement after the payment of all liens, realtor's commission, real estate taxes, transfer tax and customary and reasonable settlement costs, the balance of the proceeds of sale shall be paid to the Debtor as his homestead exemption pursuant to 11 U.S.C. § 522(d)(1) and pursuant to the Debtor's Schedule C of his bankruptcy schedules. Any remaining proceeds of sale after payment of the Debtor's exemption shall be paid to the Chapter 13 Trustee to be distributed pursuant to the Debtor's Chapter 13 Plan. It is further

      **ORDERED** that the Debtor shall provide the Chapter 13 Trustee with a copy of the Settlement Sheet within ten (10) days of closing.

BY THE COURT:

**Date: April 2, 2020**

_____
Patricia M. Mayer
United Sates Bankruptcy Judge