United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Christopher R. Strickler  
    Debtor

Case No. 19-14695-pmm  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Randi     Page 1 of 1     Date Rcvd: Apr 03, 2020  
                    Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2020.
db        +Christopher R. Strickler,   1018 Shilo Street,   Reading, PA 19605-3283

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                         TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2020                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2020 at the address(es) listed below:
        DAVID S. GELLERT    on behalf of Debtor Christopher R. Strickler dsgrdg@ptdprolog.net  
        KARINA VELTER    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. amps@manleydeas.com  
        KEVIN G. MCDONALD    on behalf of Creditor    Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com  
        REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com  
        SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com  
        SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                          TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                    :
    CHRISTOPHER R. STRICKLER    :    Bankruptcy No. 19-14695 PMM
                                          :
    Debtor                          :    Chapter 13

**ORDER TO SELL REAL ESTATE FREE AND CLEAR**
**OF LIENS AND TO DISTRIBUTE PROCEEDS**

Upon consideration of the Debtor's Motion for Order to Sell Real Estate Free and Clear of Liens and for Distribution of Proceeds, it is hereby

**ORDERED** that the Debtor, Christopher R. Strickler, shall sell free and clear of liens Real Estate located at 1018 Shiloh Street, Muhlenberg Township, Berks County, Pennsylvania, to Omar Hernandez and Erika Guzman at private sale for the sum of Two Hundred Forty-Four Thousand ($244,000.00) Dollars. It is further

**ORDERED** that Keller Williams Platinum Realty shall be authorized to act as realtor for the Debtor, and it shall be permitted to retain as commission six (6%) percent of the gross sales price and the payment of $395.00 as an additional fee. It is further

**ORDERED** that at settlement after the payment of all liens, realtor's commission, real estate taxes, transfer tax and customary and reasonable settlement costs, the balance of the proceeds of sale shall be paid to the Debtor as his homestead exemption pursuant to 11 U.S.C. § 522(d)(1) and pursuant to the Debtor's Schedule C of his bankruptcy schedules. Any remaining proceeds of sale after payment of the Debtor's exemption shall be paid to the Chapter 13 Trustee to be distributed pursuant to the Debtor's Chapter 13 Plan. It is further

      **ORDERED** that the Debtor shall provide the Chapter 13 Trustee with a copy of the Settlement Sheet within ten (10) days of closing.

BY THE COURT:

*Patricia M. Mayer* (signature)

**Date: April 2, 2020**

_____
Patricia M. Mayer
United Sates Bankruptcy Judge