## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : **Case No.: 19-14695** |
| **Christopher R. Strickler AKA C. Robert** | : **Chapter 13** |
| **Strickler** | : **Judge Patricia M. Mayer** |
| | : * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | : |
| | : |
| **JPMorgan Chase Bank, N.A.** | : **Date and Time of Hearing** |
| **Movant,** | : **July 7, 2020 at 10:00 a.m.** |
| **vs** | : |
| | : |
| **Christopher R. Strickler AKA C. Robert** | : |
| **Strickler** | : |
| | : |
| **Scott F. Waterman** | : |
| **Respondents.** | : |

### NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE

JPMorgan Chase Bank, N.A. has filed a Motion for Relief from Automatic Stay.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney you may wish to consult an attorney.)**

1. If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the motion, then on or before July 3, 2020, you or your attorney must do **ALL** of the following:

    A. File an answer explaining your position at:

    **Clerk, U.S. Bankruptcy Court**
    The Gateway Building
    201 Penn St., 4th Floor Courtroom
    Reading, PA, 19601-____

    If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above, and

    B. Mail a copy to the Creditor's attorney and the below listed:

Office of U.S. Trustee, Party of Interest
(Registered address)@usdoj.gov (notified by ecf)

19-029370_KKC

Scott F. Waterman
Chapter 13 Trustee
2901 St. Lawrence Ave.
Reading, PA  19606
ECFMail@ReadingCh13.com

Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above, and attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

3. A hearing on the Motion is scheduled to be held before the Honorable Patricia M. Mayer on July 7, 2020 at 10:00 a.m. in The Gateway Building, 201 Penn St., 4th Floor Courtroom, Reading, PA, 19601-____.

4. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 610-208-5040 to find out whether the hearing has been canceled because no one filed an answer.

DATE: ___June 18, 2020_____

19-029370_KKC

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | **Case No.: 19-14695** |
| **Christopher R. Strickler AKA C. Robert** | : | **Chapter 13** |
| **Strickler** | : | **Judge Patricia M. Mayer** |
| | : | * * * * * * * * * * * * * * * * * * * * |
| Debtor(s) | : | |
| | : | |
| **JPMorgan Chase Bank, N.A.** | : | **Date and Time of Hearing** |
| Movant, | : | **July 7, 2020 at 10:00 a.m.** |
| | : | |
| vs | : | |
| | : | |
| **Christopher R. Strickler AKA C. Robert** | : | |
| **Strickler** | : | |
| | : | |
| **Scott F. Waterman** | : | |
| Respondents. | | |

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the foregoing Notice of Motion, Response

Deadline, and Hearing Date regarding Motion for Relief from Automatic Stay was served on the

parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Trustee, Scott F. Waterman (Chapter 13), Chapter 13 Trustee, 2901 St. Lawrence Ave., Suite
100, Reading, PA  19606, ECFMail@ReadingCh13.com

David S. Gellert, Attorney for Christopher R. Strickler AKA C. Robert Strickler, David S.
Gellert PC, 3506 Perkiomen Avenue, Reading, PA 19606, dsgrdg@ptdprolog.net

The below listed parties were served via regular U.S. Mail, postage prepaid, on June  18 , 2020:

Christopher R. Strickler AKA C. Robert Strickler, 510 Shalter Avenue, Temple, PA  19560

DATE:  June 18, 2020

/s/ Karina Velter

Karina Velter, Esquire (94781)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028

19-029370_KKC

Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina
Velter.
Contact email is kvelter@manleydeas.com

19-029370_KKC