**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 19-14695** |
| **Christopher R. Strickler AKA C. Robert** : | **Chapter 13** |
| **Strickler** : | **Judge Patricia M. Mayer** |
| : | * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | |
| : | |
| **JPMorgan Chase Bank, N.A.** : | **Date and Time of Hearing** |
| **Movant,** : | **Place of Hearing** |
| **vs** : | **July 7, 2020 at 10:00 a.m.** |
| : | |
| **Christopher R. Strickler AKA C. Robert** : | **The Gateway Building** |
| **Strickler** : | **201 Penn St., 4th Floor Courtroom** |
| **Christopher Robert Strickler** : | **Reading, PA, 19601-____** |
| : | |
| **Scott F. Waterman** | |
| **Respondents.** | |

**CERTIFICATION OF NO OBJECTION REGARDING**
**MOTION FOR RELIEF FROM THE AUTOMATIC STAY 2017 LAND ROVER**
**DISCOVERY VIN# SALCR2BG1HH665259 (DOCUMENT NO. 57)**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay ("Motion") filed on June 18, 2020 at Document No. 57 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than July 3, 2020.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

/s/ Karina Velter
Karina Velter, Esquire (94781)

19-029370_KKC

Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

19-029370_KKC

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 19-14695** |
| **Christopher R. Strickler AKA C. Robert Strickler** | : | **Chapter 13** |
| | : | **Judge Patricia M. Mayer** |
| | : | * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | : | |
| | : | |
| **JPMorgan Chase Bank, N.A.** | : | **Date and Time of Hearing** |
| Movant, | : | **Place of Hearing** |
| vs | : | **July 7, 2020 at 10:00 a.m.** |
| | : | |
| **Christopher R. Strickler AKA C. Robert Strickler** | : | **The Gateway Building** |
| | : | **201 Penn St., 4th Floor Courtroom** |
| **Christopher Robert Strickler** | : | **Reading, PA, 19601-____** |
| | : | |
| **Scott F. Waterman** | | |
| **Respondents.** | | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Certification of No Objection Regarding Motion for Relief from the Automatic Stay with 30 day waiver with the Court to permit JPMorgan Chase Bank, N.A. to Repossess the 2017 Land Rover Discovery, VIN# SALCR2BG1HH665259.was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Trustee, Scott F. Waterman (Chapter 13), Chapter 13 Trustee, 2901 St. Lawrence Ave., Suite 100, Reading, PA  19606, ECFMail@ReadingCh13.com

David S. Gellert, Attorney for Christopher R. Strickler AKA C. Robert Strickler, 1244 W. Hamilton Street, Suite 204, Allentown, PA  18102, dsgatn@rcn.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on July __6__, 2020:

19-029370_KKC

Christopher R. Strickler AKA C. Robert Strickler, 510 Shalter Avenue, Temple, PA 19560

DATE: July 6, 2020

/s/ Karina Velter
Karina Velter, Esquire (94781)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

19-029370_KKC