## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 19-14695** |
| **Christopher R. Strickler AKA C. Robert** | : | **Chapter 13** |
| **Strickler** | : | **Judge Patricia M. Mayer** |
| | : | * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | : | |
| | : | |
| **JPMorgan Chase Bank, N.A.** | : | **Date and Time of Hearing** |
| **Movant,** | : | |
| vs | : | **July 7, 2020 at 10:00 a.m.** |
| | : | |
| **Christopher R. Strickler AKA C. Robert** | : | **The Gateway Building** |
| **Strickler** | : | **201 Penn St., 4th Floor Courtroom** |
| **Christopher Robert Strickler** | : | **Reading, PA, 19601-____** |
| | : | |
| **Scott F. Waterman** | | |
| **Respondents.** | | |

### ORDER OF COURT

AND NOW, this __7th__ day of __July_____, 20_20_, upon consideration of the Motion for Relief from the Automatic Stay filed by JPMorgan Chase Bank, N.A. ("Creditor"), it is hereby **ORDERED,** that the Motion is granted and that the Automatic Stay be and hereby is terminated as it affects the interest of Creditor in and to the Collateral of Debtor described as a 2017 Land Rover Discovery, VIN# SALCR2BG1HH665259.

Creditor may send any and all notices required by applicable state and/or federal law or regulation to the Debtor.

Creditor requests that further Compliance with Federal Rule of Bankruptcy Procedure 3002.l is waived as to Creditor in the instant bankruptcy case upon entry of this Order granting relief from the automatic stay of Section 362.

BY THE COURT

*Patricia M. Mayer*

_____
PATRICIA M. MAYER, JUDGE
UNITED STATES BANKRUPTCY COURT

19-029370_KKC