United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                   Case No. 19-14695-pmm
Christopher R. Strickler                                                 Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4         User: Randi                Page 1 of 1              Date Rcvd: Jul 07, 2020
                             Form ID: pdf900            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2020.
db         +Christopher R. Strickler,   510 Shalter Avenue,   Temple, PA 19560-1419

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2020                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2020 at the address(es) listed below:
      DAVID S. GELLERT    on behalf of Debtor Christopher R. Strickler dsgrdg@ptdprolog.net
      KARINA  VELTER    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. amps@manleydeas.com
      KEVIN G. MCDONALD    on behalf of Creditor    Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com
      REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
      SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
      SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
       ECFMail@ReadingCh13.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                   TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 19-14695** |
| **Christopher R. Strickler AKA C. Robert** : | **Chapter 13** |
| **Strickler** : | **Judge Patricia M. Mayer** |
| : | * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** : | |
| : | |
| **JPMorgan Chase Bank, N.A.** : | **Date and Time of Hearing** |
| **Movant,** : | |
| **vs** : | **July 7, 2020 at 10:00 a.m.** |
| : | |
| **Christopher R. Strickler AKA C. Robert** : | **The Gateway Building** |
| **Strickler** : | **201 Penn St., 4th Floor Courtroom** |
| **Christopher Robert Strickler** : | **Reading, PA, 19601-____** |
| : | |
| **Scott F. Waterman** | |
| **Respondents.** | |

## ORDER OF COURT

AND NOW, this  7th  day of  July , 20 20 , upon consideration of the Motion for Relief from the Automatic Stay filed by JPMorgan Chase Bank, N.A. ("Creditor"), it is hereby **ORDERED,** that the Motion is granted and that the Automatic Stay be and hereby is terminated as it affects the interest of Creditor in and to the Collateral of Debtor described as a 2017 Land Rover Discovery, VIN# SALCR2BG1HH665259.

Creditor may send any and all notices required by applicable state and/or federal law or regulation to the Debtor.

Creditor requests that further Compliance with Federal Rule of Bankruptcy Procedure 3002.l is waived as to Creditor in the instant bankruptcy case upon entry of this Order granting relief from the automatic stay of Section 362.

BY THE COURT

*Patricia M. Mayer*

_____
PATRICIA M. MAYER, JUDGE
UNITED STATES BANKRUPTCY COURT

19-029370_KKC