| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 19-14695-PMM**

CHRISTOPHER R. STRICKLER  
510 SHALTER AVE  
TEMPLE  PA   19560

Petition Filed Date: 07/29/2019  
341 Hearing Date: 09/10/2019  
Confirmation Date: 01/16/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/26/2019 | $400.00 | Monthly Plan P | 10/01/2019 | $400.00 | | 10/30/2019 | $400.00 | |
| 12/03/2019 | $400.00 | | 01/02/2020 | $400.00 | | 01/31/2020 | $400.00 | |
| 03/03/2020 | $535.00 | | 04/30/2020 | $533.00 | | 06/01/2020 | $570.00 | |

**Total Receipts for the Period: $4,038.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $4,038.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | DAVID S GELLERT ESQ | Attorney Fees | $3,715.75 | $3,667.16 | $48.59 |
| 1 | CREDIT ACCEPTANCE CORP<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | AMERICAN INFOSOURCE LP<br>»» 002 | Unsecured Creditors | $2,407.15 | $0.00 | $2,407.15 |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 003 | Unsecured Creditors | $1,434.79 | $0.00 | $1,434.79 |
| 4 | LVNV FUNDING LLC<br>»» 004 | Unsecured Creditors | $8,063.80 | $0.00 | $8,063.80 |
| 5 | TOYOTA MOTOR CREDIT CORP<br>»» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 006 | Unsecured Creditors | $1,004.92 | $0.00 | $1,004.92 |
| 7 | UNITED STATES TREASURY (IRS)<br>»» 07P | Priority Crediors | $4,689.41 | $0.00 | $4,689.41 |
| 8 | UNITED STATES TREASURY (IRS)<br>»» 07U | Unsecured Creditors | $935.93 | $0.00 | $935.93 |
| 9 | JP MORGAN CHASE BANK NA<br>»» 008 | Unsecured Creditors | $4,950.00 | $0.00 | $4,950.00 |
| 10 | BANK OF AMERICA NA<br>»» 009 | Unsecured Creditors | $2,316.04 | $0.00 | $2,316.04 |
| 11 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 010 | Unsecured Creditors | $3,746.98 | $0.00 | $3,746.98 |
| 12 | TD RETAIL CREDIT SERVICES<br>»» 11S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | TD RETAIL CREDIT SERVICES<br>»» 11U | Unsecured Creditors | $1,352.33 | $0.00 | $1,352.33 |
| 14 | MIDLAND CREDIT MANAGEMENT INC<br>»» 012 | Unsecured Creditors | $1,434.73 | $0.00 | $1,434.73 |
| 15 | TOYOTA MOTOR CREDIT CORP<br>»» 013 | Unsecured Creditors | $408.75 | $0.00 | $408.75 |

**Chapter 13 Case No. 19-14695-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 16 | AMERICAN EXPRESS NATIONAL BANK »» 014 | Unsecured Creditors | $4,550.02 | $0.00 | $4,550.02 |
| 17 | QUANTUM3 GROUP LLC as agent for »» 015 | Unsecured Creditors | $2,045.50 | $0.00 | $2,045.50 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES »» 016 | Unsecured Creditors | $972.95 | $0.00 | $972.95 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES »» 017 | Unsecured Creditors | $2,624.18 | $0.00 | $2,624.18 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES »» 018 | Unsecured Creditors | $2,351.53 | $0.00 | $2,351.53 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES »» 019 | Unsecured Creditors | $1,268.58 | $0.00 | $1,268.58 |
| 22 | PORTFOLIO RECOVERY ASSOCIATES »» 020 | Unsecured Creditors | $2,902.53 | $0.00 | $2,902.53 |
| 23 | M&T BANK »» 021 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 24 | WELLS FARGO »» 22S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 25 | WELLS FARGO »» 22U | Unsecured Creditors | $3,273.40 | $0.00 | $3,273.40 |
| 0 | DAVID S GELLERT ESQ | Attorney Fees | $1,244.75 | $0.00 | $1,244.75 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,038.00 | Current Monthly Payment: | $568.00 |
| Paid to Claims: | $3,667.16 | Arrearages: | $1,665.00 |
| Paid to Trustee: | $370.84 | Total Plan Base: | $42,367.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.