UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                       :
    CHRISTOPHER R. STRICKLER    :    Bankruptcy No. 19-14695 PMM
                                             :
    Debtor                       :    Chapter 7

**DEBTOR'S STATEMENT OF UNPAID DEBTS INCURRED
AFTER COMMENCEMENT OF BANKRUPTCY PROCEEDING
AND BEFORE CONVERSION TO CHAPTER 7
PURSUANT TO BANKRUPTCY RULE 1019**

The undersigned Debtor certifies to the Chapter 7 Trustee that he has not incurred any additional unpaid debts after the commencement of his chapter 13 proceeding and prior to the conversion of his chapter 13 proceeding to a chapter 7 proceeding.

Dated: 10/28/2020

_____
Christopher R. Strickler