# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| In re: | : | |
| CHRISTOPHER R. STRICKLER | : | Bankruptcy No. 19-14695 PMM |
|  | : | |
| Debtor | : | Chapter 7 |

## CERTIFICATE OF SERVICE

I, David S. Gellert, Esquire, of David S. Gellert, P.C., attorney for the above-captioned Debtor, hereby certifies that I have served a copy of the Amended Schedule I and a copy of the Amended Schedule J on the United States Trustee and the Interim Trustee by electronic mail on October 29, 2020:

>Robert Holber, Esquire
>41 East Front Street
>Media, PA 19063

>Office of the U. S. Trustee
>833 Chestnut Street, Suite 500
>Philadelphia, PA 19107

Dated:  October 29, 2020                       s/   David S. Gellert
                                                                              David S. Gellert, Esquire
                                                                              David S. Gellert, P.C.
                                                                              3506 Perkiomen Avenue
                                                                              Reading, PA 19606
                                                                              (610) 779-8000
                                                                              Fax: (610) 370-1393