United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Christopher R. Strickler  
    Debtor(s)

Case No. 19-14695-pmm  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: Adminstra      Page 1 of 3  
Date Rcvd: Oct 29, 2020      Form ID: 309A      Total Noticed: 54

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christopher R. Strickler, 510 Shalter Avenue, Temple, PA 19560-1419 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| 14384095 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14400004 | + | Lakeview Loan Servicing LLC, PO Box 840, Buffalo, NY 14240-0840 |
| 14363920 | | Land Rover Financial Group, P. O. Box 901076, Fort Worth, TX 76101-2076 |
| 14391233 | + | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14363924 | + | Radius Global Solutions LLC, P. O. Box 390905, Mail Code CBK2, Minneapolis, MN 55439-0905 |
| 14363925 | + | Raymour & Flanigan Furniture, P. O. Box 731, Mahwah, NJ 07430-0731 |
| 14363926 | | Reading Hospital/Tower Health, P. O. Box 16051, Reading, PA 19612-6051 |
| 14363927 | | Respiratory Specialists, 520 E. 22nd St., Lombard, IL 60148-6110 |
| 14363929 | | Sunoco Inc., P. O. Box 6407, Sioux Falls, SD 57117-6407 |
| 14386007 | + | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14371857 | + | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14363931 | | Wawa Credit Card, P. O. Box 6139, Sioux Falls, SD 57117-6139 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: dsgrdg@ptdprolog.net | Oct 29 2020 23:17:00 | DAVID S. GELLERT, David S. Gellert PC, 3506 Perkiomen Avenue, Reading, PA 19606 |
| tr | + | EDI: QRHHOLBER.COM | Oct 30 2020 02:28:00 | ROBERT H. HOLBER, Robert H. Holber PC, 41 East Front Street, Media, PA 19063-2911 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 29 2020 23:17:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 29 2020 23:17:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Oct 29 2020 23:17:00 | United States Trustee, Office of the U.S. Trustee, 200 Chestnut Street, Suite 502, Philadelphia, PA 19106-2908 |
| 14363908 | | EDI: AMEREXPR.COM | Oct 30 2020 02:28:00 | American Express, P. O. Box 981535, El Paso, TX 79998-1535 |
| 14392942 | | EDI: BECKLEE.COM | Oct 30 2020 02:28:00 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14363909 | | EDI: BANKAMER.COM | Oct 30 2020 02:28:00 | Bank of America, P. O.Box 982234, El Paso, TX 79998-2234 |
| 14363910 | | EDI: TSYS2.COM | Oct 30 2020 02:28:00 | Barclaycard, Card Services, P. O. Box 8802, |

Case 19-14695-pmm   Doc 73   Filed 10/31/20   Entered 11/01/20 00:38:19   Desc Imaged
                              Certificate of Notice   Page 2 of 5

| District/off: 0313-4 | User: Adminstra | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Oct 29, 2020 | Form ID: 309A | Total Noticed: 54 |

| | | | |
| --- | --- | --- | --- |
| | | | Wilmington, DE 19899-8802 |
| 14363911 | EDI: TSYS2.COM | Oct 30 2020 02:28:00 | Barclays Bank Delaware, 125 S. West St., Wilmington, DE 19801-5014 |
| 14363912 | + EDI: CITICORP.COM | Oct 30 2020 02:28:00 | Best Buy Credit Services, P. O. Box 790441, Saint Louis, MO 63179-0441 |
| 14363913 | EDI: CAPITALONE.COM | Oct 30 2020 02:28:00 | Capital One, P. O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14368696 | + EDI: AIS.COM | Oct 30 2020 02:28:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14363914 | EDI: WFNNB.COM | Oct 30 2020 02:28:00 | Comenity Bank - Express, Bankruptcy Dept., P. O. Box 182125, Columbus, OH 43218-2125 |
| 14363915 | + Email/Text: ebnnotifications@creditacceptance.com | Oct 29 2020 23:17:00 | Credit Acceptance Corp., 25505 W. 12 Mile Road, Suite 3000, Southfield, MI 48034-8331 |
| 14363916 | + Email/Text: dsgrdg@ptdprolog.net | Oct 29 2020 23:17:00 | David S. Gellert, Esquire, David S. Gellert, P.C., 3506 Perkiomen Ave., Reading, PA 19606-2711 |
| 14363917 | + EDI: CITICORP.COM | Oct 30 2020 02:28:00 | ExxonMobil, P. O. Box 6404, Sioux Falls, SD 57117-6404 |
| 14363918 | + EDI: CITICORP.COM | Oct 30 2020 02:28:00 | Home Depot Credit Services, P. O. Box 790328, Saint Louis, MO 63179-0328 |
| 14363919 | EDI: IRS.COM | Oct 30 2020 02:28:00 | Internal Revenue Service, P. O. Box 7346, Philadelphia, PA 19101-7346 |
| 14384501 | EDI: JEFFERSONCAP.COM | Oct 30 2020 02:28:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14380819 | EDI: CAUT.COM | Oct 30 2020 02:28:00 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ-5757, Phoenix, AZ 85038-9505 |
| 14371715 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 29 2020 23:12:05 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14363922 | EDI: RMSC.COM | Oct 30 2020 02:28:00 | Lowe's, Synchrony Bank, P. O. Box 965060, Orlando, FL 32896-5060 |
| 14373929 | + EDI: MID8.COM | Oct 30 2020 02:28:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14363923 | Email/Text: NCI_bankonotify@ncirm.com | Oct 29 2020 23:17:00 | Nationwide Credit, Inc., P. O. Box 14581, Des Moines, IA 50306-3581 |
| 14398332 | EDI: PRA.COM | Oct 30 2020 02:28:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14396504 | EDI: Q3G.COM | Oct 30 2020 02:28:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14370540 | EDI: Q3G.COM | Oct 30 2020 02:28:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14363928 | EDI: RMSC.COM | Oct 30 2020 02:28:00 | Sam's Club, Synchrony Bank, P. O. Box 965060, Orlando, FL 32896-5060 |
| 14364984 | + EDI: RMSC.COM | Oct 30 2020 02:28:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14363930 | EDI: RMSC.COM | Oct 30 2020 02:28:00 | Synchrony Bank/Score Rewards, P. O. Box 965005, Orlando, FL 32896-5005 |
| 14363921 | EDI: TFSR.COM | Oct 30 2020 02:28:00 | Lexus Financial Services, P. O. Box 8026, Cedar Rapids, IA 52409-8026 |
| 14392941 | EDI: BL-TOYOTA.COM | Oct 30 2020 02:28:00 | Toyota Motor Credit Corporation, c/o Becket and |

| | | | | |
|---|---|---|---|---|
| | | | | Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14363932 | | EDI: WFFC.COM | Oct 30 2020 02:28:00 | Wells Fargo Bank, N.A., P. O. Box 522, Des Moines, IA 50306-0522 |
| 14401560 | | EDI: WFFC.COM | Oct 30 2020 02:28:00 | Wells Fargo Bank, N.A., P.O. Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14363933 | + | EDI: WFFC.COM | Oct 30 2020 02:28:00 | Wells Fargo Home Mortgage, P. O. Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2020    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 29, 2020 at the address(es) listed below:**

**Name**     **Email Address**

DAVID S. GELLERT
    on behalf of Debtor Christopher R. Strickler dsgrdg@ptdprolog.net

KARINA VELTER
    on behalf of Creditor JPMORGAN CHASE BANK  N.A. amps@manleydeas.com

KEVIN G. MCDONALD
    on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor Toyota Lease Trust bkgroup@kmllawgroup.com

ROBERT H. HOLBER
    trustee@holber.com rholber@ecf.axosfs.com

SCOTT F. WATERMAN (Chapter 13)
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Christopher R. Strickler<br>First Name   Middle Name   Last Name | Social Security number or ITIN: | xxx–xx–1300 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: | _ _ _ _ |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | Eastern District of Pennsylvania | Date case filed in chapter: | 13   7/29/19 |
| Case number: | 19–14695–pmm | Date case converted to chapter: | 7   10/28/20 |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15
**\*\*Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing\*\***

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Christopher R. Strickler | |
| 2. | **All other names used in the last 8 years** | aka C. Robert Strickler | |
| 3. | **Address** | 510 Shalter Avenue<br>Temple, PA 19560 | |
| 4. | **Debtor's attorney**<br>Name and address | DAVID S. GELLERT<br>David S. Gellert PC<br>3506 Perkiomen Avenue<br>Reading, PA 19606 | Contact phone (610) 779–8000<br><br>Email: dsgrdg@ptdprolog.net |
| 5. | **Bankruptcy trustee**<br>Name and address | ROBERT H. HOLBER<br>Robert H. Holber PC<br>41 East Front Street<br>Media, PA 19063 | Contact phone (610) 565–5463<br><br>Email: trustee@holber.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                                  page 1

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | United States Bankruptcy Court<br>Office of the Clerk, Gateway Building<br>201 Penn Street, 1st Floor<br>Reading, PA 19601 | Hours open:<br>Philadelphia Office –– 8:30 A.M. to 5:00 P.M; Reading Office –– 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (610)2085040<br><br>Date: 10/29/20 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 24, 2020 at 10:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **Section 341 Meeting will be conducted by telephone. Please consult the docket or contact the trustee appointed to the case for access or call–in information.** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 1/25/21** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                          page **2**