United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                          Case No. 19-14695-pmm
Christopher R. Strickler                                                                             Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 22, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | #+ Christopher R. Strickler, 510 Shalter Avenue, Temple, PA 19560-1419 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2021          Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID S. GELLERT | on behalf of Debtor Christopher R. Strickler dsgrdg@ptdprolog.net |
| KEVIN G. MCDONALD | on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Toyota Lease Trust bkgroup@kmllawgroup.com |
| ROBERT H. HOLBER | trustee@holber.com rholber@ecf.axosfs.com |
| ROBERT H. HOLBER | on behalf of Trustee ROBERT H. HOLBER trustee@holber.com rholber@ecf.axosfs.com |

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 22, 2021 | Form ID: pdf900 | Total Noticed: 1 |

SARAH ELISABETH BARNGROVER
    on behalf of Creditor JPMORGAN CHASE BANK  N.A. amps@manleydeas.com

SCOTT F. WATERMAN (Chapter 13)
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 7
    CHRISTOPHER R. STRICKLER :
                                  Debtor : Bankruptcy No. 19-14695

**STIPULATION TO EXTEND TIME TO FILE TRUSTEE'S COMPLAINT OBJECTING TO DISCHARGE AND TIME TO MOVE FOR DISMISSAL (OR CONVERSION)**

    AND NOW, this 26th of March, 2021, it is hereby agreed and stipulated between the Trustee, Robert H. Holber, Esquire, Chapter 7 Trustee, and Counsel, David S. Gellert, Esquire, as follows:

    1. The current deadline for Trustee and any party in interest to file a Complaint Objecting to Discharge and Time to Move for Dismissal (or Conversion) is March 26, 2021.

    2. The parties hereby agree, that the Trustee, and any parties in interest including the U.S. Trustee shall have until May 25, 2021 to file a Complaint Objecting to Discharge and/or filing a Motion to Dismiss (or Convert) pursuant to 11 U.S.C. Section 707(b). Debtor's attorney certifies that he has specific authority from the Debtor to enter into this Stipulation.

_____
Robert H. Holber, Esquire
Chapter 7 Trustee

_____
David S. Gellert, Esquire
Counsel for Debtor

ORDER

    AND NOW, this 22nd day of March, 2021, IT IS HEREBY ORDERED that the above Stipulation be approved and made an Oder of this Court with full force and effect thereof.

_____
Patricia M. Mayer
United States Bankruptcy Judge