United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 19-14695-pmm
Christopher R. Strickler  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4  User: admin  Page 1 of 3
Date Rcvd: Jun 24, 2021  Form ID: 318  Total Noticed: 52

The following symbols are used throughout this certificate:
**Symbol  Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#  Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Christopher R. Strickler, 510 Shalter Avenue, Temple, PA 19560-1419 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| 14384095 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14400004 | + | Lakeview Loan Servicing LLC, PO Box 840, Buffalo, NY 14240-0840 |
| 14363920 | | Land Rover Financial Group, P. O. Box 901076, Fort Worth, TX 76101-2076 |
| 14363924 | + | Radius Global Solutions LLC, P. O. Box 390905, Mail Code CBK2, Minneapolis, MN 55439-0905 |
| 14363925 | #+ | Raymour & Flanigan Furniture, P. O. Box 731, Mahwah, NJ 07430-0731 |
| 14363926 | | Reading Hospital/Tower Health, P. O. Box 16051, Reading, PA 19612-6051 |
| 14363927 | | Respiratory Specialists, 520 E. 22nd St., Lombard, IL 60148-6110 |
| 14363929 | | Sunoco Inc., P. O. Box 6407, Sioux Falls, SD 57117-6407 |
| 14386007 | + | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14371857 | + | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14363931 | | Wawa Credit Card, P. O. Box 6139, Sioux Falls, SD 57117-6139 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QRHHOLBER.COM | Jun 25 2021 03:43:00 | ROBERT H. HOLBER, Robert H. Holber PC, 41 East Front Street, Media, PA 19063-2911 |
| smg | | EDI: PENNDEPTREV | Jun 25 2021 03:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 24 2021 23:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jun 24 2021 23:44:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14363908 | | EDI: AMEREXPR.COM | Jun 25 2021 03:43:00 | American Express, P. O. Box 981535, El Paso, TX 79998-1535 |
| 14392942 | | EDI: BECKLEE.COM | Jun 25 2021 03:43:00 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14363909 | | EDI: BANKAMER.COM | Jun 25 2021 03:43:00 | Bank of America, P. O.Box 982234, El Paso, TX 79998-2234 |
| 14363910 | | EDI: TSYS2.COM | Jun 25 2021 03:43:00 | Barclaycard, Card Services, P. O. Box 8802, Wilmington, DE 19899-8802 |

Case 19-14695-pmm   Doc 90   Filed 06/26/21   Entered 06/27/21 00:32:34   Desc Imaged
Certificate of Notice   Page 2 of 5

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 24, 2021 | Form ID: 318 | Total Noticed: 52 |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14363911 | | EDI: TSYS2.COM | Jun 25 2021 03:43:00 | Barclays Bank Delaware, 125 S. West St., Wilmington, DE 19801-5014 |
| 14363912 | + | EDI: CITICORP.COM | Jun 25 2021 03:43:00 | Best Buy Credit Services, P. O. Box 790441, Saint Louis, MO 63179-0441 |
| 14363913 | | EDI: CAPITALONE.COM | Jun 25 2021 03:43:00 | Capital One, P. O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14368696 | + | EDI: AIS.COM | Jun 25 2021 03:43:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14363914 | | EDI: WFNNB.COM | Jun 25 2021 03:43:00 | Comenity Bank - Express, Bankruptcy Dept., P. O. Box 182125, Columbus, OH 43218-2125 |
| 14363915 | + | Email/Text: ebnnotifications@creditacceptance.com | Jun 24 2021 23:43:00 | Credit Acceptance Corp., 25505 W. 12 Mile Road, Suite 3000, Southfield, MI 48034-8331 |
| 14363916 | + | Email/Text: dsgrdg@ptdprolog.net | Jun 24 2021 23:43:00 | David S. Gellert, Esquire, David S. Gellert, P.C., 3506 Perkiomen Ave., Reading, PA 19606-2711 |
| 14363917 | + | EDI: CITICORP.COM | Jun 25 2021 03:43:00 | ExxonMobil, P. O. Box 6404, Sioux Falls, SD 57117-6404 |
| 14363918 | + | EDI: CITICORP.COM | Jun 25 2021 03:43:00 | Home Depot Credit Services, P. O. Box 790328, Saint Louis, MO 63179-0328 |
| 14363919 | | EDI: IRS.COM | Jun 25 2021 03:43:00 | Internal Revenue Service, P. O. Box 7346, Philadelphia, PA 19101-7346 |
| 14384501 | | EDI: JEFFERSONCAP.COM | Jun 25 2021 03:43:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14380819 | | EDI: CHASEAUTO | Jun 25 2021 03:43:00 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ-5757, Phoenix, AZ 85038-9505 |
| 14371715 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 24 2021 23:50:00 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14363922 | | EDI: RMSC.COM | Jun 25 2021 03:43:00 | Lowe's, Synchrony Bank, P. O. Box 965060, Orlando, FL 32896-5060 |
| 14391233 | + | EDI: MID8.COM | Jun 25 2021 03:43:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14373929 | + | EDI: MID8.COM | Jun 25 2021 03:43:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14363923 | | Email/Text: NCI_bankonotify@ncirm.com | Jun 24 2021 23:43:00 | Nationwide Credit, Inc., P. O. Box 14581, Des Moines, IA 50306-3581 |
| 14398332 | | EDI: PRA.COM | Jun 25 2021 03:43:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14396504 | | EDI: Q3G.COM | Jun 25 2021 03:43:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14370540 | | EDI: Q3G.COM | Jun 25 2021 03:43:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14363928 | | EDI: RMSC.COM | Jun 25 2021 03:43:00 | Sam's Club, Synchrony Bank, P. O. Box 965060, Orlando, FL 32896-5060 |
| 14364984 | + | EDI: RMSC.COM | Jun 25 2021 03:43:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14363930 | | EDI: RMSC.COM | Jun 25 2021 03:43:00 | Synchrony Bank/Score Rewards, P. O. Box 965005, Orlando, FL 32896-5005 |
| 14363921 | | EDI: TFSR.COM | Jun 25 2021 03:43:00 | Lexus Financial Services, P. O. Box 8026, Cedar Rapids, IA 52409-8026 |

| 14392941 | EDI: BL-TOYOTA.COM | | Jun 25 2021 03:43:00 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14363932 | EDI: WFFC.COM | | Jun 25 2021 03:43:00 | Wells Fargo Bank, N.A., P. O. Box 522, Des Moines, IA 50306-0522 |
| 14401560 | EDI: WFFC.COM | | Jun 25 2021 03:43:00 | Wells Fargo Bank, N.A., P.O. Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14363933 | + EDI: WFFC.COM | | Jun 25 2021 03:43:00 | Wells Fargo Home Mortgage, P. O. Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | *+ | ROBERT H. HOLBER, Robert H. Holber PC, 41 East Front Street, Media, PA 19063-2911 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 26, 2021         Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID S. GELLERT | on behalf of Debtor Christopher R. Strickler dsgrdg@ptdprolog.net |
| KEVIN G. MCDONALD | on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Toyota Lease Trust bkgroup@kmllawgroup.com |
| ROBERT H. HOLBER | trustee@holber.com rholber@ecf.axosfs.com |
| ROBERT H. HOLBER | on behalf of Trustee ROBERT H. HOLBER trustee@holber.com rholber@ecf.axosfs.com |
| SARAH ELISABETH BARNGROVER | on behalf of Creditor JPMORGAN CHASE BANK N.A. amps@manleydeas.com |
| Scott F Waterman | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Christopher R. Strickler<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–1300<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | |
| Case number: | 19–14695–pmm | |

# Order of Discharge                                                                                                  12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

   Christopher R. Strickler
   aka C. Robert Strickler

<u>6/24/21</u>                                                                                   **By the court:**  <u>Patricia M. Mayer</u>
                                                                                                                         United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318                **Order of Discharge**                page 2